AUSAs Brian Blais/Arianna Berg/Natalie Lamarque

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Vincent Dimino** | DOCKET NO.   13 CRIM 014   MAGISTRATE'S CASE NO.<br>13 Cr. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**Vincent Dimino** |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Trafficking Contraband Cigarettes (Count One)

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>371 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>Henry Pitman | DATE ORDERED<br>JAN 09 2013 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>1/15/2013 | NAME AND TITLE OF ARRESTING OFFICER<br>Timothy J Chapman<br>Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>1/16/2013 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.