

RECEIVED MAR 1 - 2013 CHAMBERS OF COLLEEN McMAHON

**DAVID K. BERTAN**

ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE IN

BRONX, NEW YORK 10451

(718) 742-1688

FAX (718) 585-8640

E-MAIL: DBERTAN@YAHOO.COM

**MEMO ENDORSED**

3/4/13

granted

Colleen McM___

March 1, 2013

<u>Via Fax (212) 805-6326</u>

Hon. Colleen McMahon, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1581

　　　　Re:　USA v. Vincent Dimino
　　　　　　Docket No. 13-Cr-14 (CM)

Dear Judge McMahon:

　　I am submitting this letter as a formal request to withdraw as counsel for Mr. Dimino. On January 16, 2013, I was appointed as CJA counsel for Mr. Dimino. On February 27, 2013, as noted in docket entry number 25, Charles A. Ross, Esq. filed a notice of appearance as retained counsel. I have already spoken with Mr. Ross regarding the case, and have turned over copies of all relevant materials in my file. Accordingly, I am respectfully requesting that Your Honor approve this substitution of counsel and grant my application to withdraw from this case.

　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　David K. Bertan

DBK
cc:　AUSA Brian Blais (via e-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/13