



**Charles A. Ross**
**Founding Partner**
Direct Dial: 212.616.3032
Fax: 212.616.3031
cross@charlesrosslaw.com

**MEMO ENDORSED**

April 12, 2013

*Defendant is permitted to travel as requested herein w/ the gov't's consent*

*Colleen McMahon 4/15/13*

**By facsimile**
Honorable Colleen McMahon
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Charles Guistra, et. al.
           13 CR 014 (CM)

Dear Judge McMahon:

We represent Vincent Dimino in the above referenced matter.

With the consent of AUSA Brian Blais and Pre-trial Services Officer Robert Hyde, we are writing to request that Mr. Dimino be permitted to travel to Atlantic City, New Jersey on April 20, 2012 and return the same day in order to attend a birthday celebration for a close family friend.

Thank you for your consideration.

                                        Respectfully submitted,

                                        Charles A. Ross

CC: Brian Blais
     Assistant United States Attorney