

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 4, 2013

**BY HAND**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Charles Giustra, et al.</u>
             13 Cr. 14 (CM)

Dear Judge McMahon:

      The conference in the above referenced matter was recently adjourned from today, June 4, 2013, to June 26, 2013. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the Court exclude speedy trial time from today until the date of the next conference. Such an exclusion will permit defense counsel to consider which, if any, motions they may wish to bring and will permit the parties to discuss a disposition without the need for trial.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:      /s
      Rebecca Mermelstein
      Assistant United States Attorneys
      (212) 637-2360/2521

CC:    Thomas R. Ashley, Esq.
         Charles Ross, Esq.
         Frank Handelman, Esq.