

**Charles A. Ross**
**& Associates, LLC**
Federal Legal Defense
New York • Miami

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/13

**Charles A. Ross**
**Founding Partner**
Direct Dial: 212.616.3032
Fax: 212.616.3031
cross@charlesrosslaw.com

June 21, 2013

MEMO ENDORSED

6/24/13
Granted w/
Government's consent
*[signature]* Colleen McMahon

**By facsimile**
Honorable Colleen McMahon
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Charles Guistra, et. al.</u>
13 CR 014 (CM)

Dear Judge McMahon:

We represent Vincent Dimino in the above referenced matter.

With the consent of AUSA Brian Blais and Pre-trial Services Officer Lauren Blackford, we are writing to request that Mr. Dimino be permitted to travel by car to South Dennis, Massachusetts on July 2, 2013 and return July 9, 2013 in order to visit close family friends for the holiday. He will be staying with Gemma and Lee Brandis at their home.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Charles A. Ross

CC: Brian Blais
Assistant United States Attorney