

**Charles A. Ross & Associates, LLC**
New York • Miami

**Dorea Silverman**
Associate
Direct Dial: 212.616.3045
Fax: 212.616.3031
dsilverman@charlesrosslaw.com



June 27, 2013

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    United States v. Charles Guistra, et. al.
              13 CR 014 (CM)

Dear Judge McMahon:

    I represent defendant Vincent Dimino in the above-referenced matter. Enclosed for your signature is a subpoena for Mr. Dimino's cell phone records. I communicated with AUSA Brian Blais yesterday and he has no objection to the subpoena. Please contact me with any questions.

    Thank you for your consideration.

Respectfully submitted,

Dorea Silverman

Enclosure

cc:    Brian Blais (via email)
        Assistant United States Attorney