

Charles A. Ross
& Associates, LLC

New York • Miami

**Charles A. Ross**
**Founding Partner**
Direct Dial: 212.616.3032
Fax: 212.616.3031
cross@charlesrosslaw.com



July 26, 2013

**By facsimile**
Honorable Colleen McMahon
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Charles Guistra, et. al.
            13 CR 014 (CM)

## MEMO ENDORSED

Dear Judge McMahon:

We represent Vincent Dimino in the above referenced matter.

With the consent of AUSA Brian Blais, we are writing to request that Mr. Dimino's bail conditions be changed to permit him to travel to the states of New Jersey, Connecticut, and Pennsylvania. Mr. Dimino has necessary business and family contacts within these states.

Thank you for your consideration.

8/15/2013 OK

Respectfully submitted,

Charles A. Ross

CC: Brian Blais
    Assistant United States Attorney