```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA         :
                                            NOLLE PROSEQUI
        - v. -                   :
                                            13 Cr. 14 (CM)
VINCENT DIMINO,                  :

              Defendant.         :
-------------------------------- X
```

1. The filing of this nolle prosequi will dispose of this case with respect to the defendant Vincent Dimino.

2. On January 16, 2013, Indictment 13 Cr. 14 was unsealed, charging Vincent Dimino in one count. Count One charges Dimino with participating in a conspiracy to traffic contraband cigarettes, in violation of Title 18, United States Code, Sections 371 and 2342(a).

3. Based on a review of the evidence in this case and information pertaining to the defendant Vincent Dimino acquired subsequent to the filing of the Indictment, the Government has concluded that further prosecution of Vincent Dimino would not be in the interests of justice.

4. In light of the foregoing, I recommend that an order of <u>nolle</u> <u>prosequi</u> be filed as to defendant Vincent Dimino with respect to Indictment 13 Cr. 14.

_____
Brian R. Blais
Assistant United States Attorney
(212) 637-2521

Dated: New York, New York
October 22, 2013

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant Vincent Dimino with respect to Indictment 13 Cr. 14.

_____
Preet Bharara
United States Attorney
Southern District of New York

Dated: New York, New York
~~October 31, 2013~~ Strt
November

SO ORDERED:

_____
HON. COLLEEN MCMAHON
United States District Judge
Southern District of New York

Dated: New York, New York
~~October~~ __, 2013
November 13

2